UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                         :

BRANDON LEWIS,                           :

                 Plaintiff,        :

         -v-                 :          26 Civ. 3758 (JPC)

                                         :

E 135 AND 3RD AVE OWNER LLC,     :          ORDER

                                         :

               Defendant.     :

------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      On May 8, 2026, the Court ordered Brandon Lewis "to show cause" by May 18, 2026 "why this Court should not remand the case back to state court" for lack of subject matter jurisdiction, as "it is well-established in this Circuit that federal courts lack federal question jurisdiction over eviction proceedings." Dkt. 5 at 1-2 (citation modified). The Court further warned that if Lewis did "not respond or request an extension to respond by that date, the Court [would] order remand without further notice." *Id.* at 2. That date has since passed, and Lewis has failed to respond or request an extension to respond. The Court thus respectfully directs the Clerk of Court to remand this case back to the Civil Court of the City of New York, County of Bronx Housing Part. The Clerk of Court is also respectfully directed to serve this Order on Lewis at his address listed on the docket, 2455 Third Avenue (a/k/a 227 East 134th Street), Apt. 12E, Bronx NY 10451.

      SO ORDERED.

Dated: May 26, 2026
      New York, New York

                                    JOHN P. CRONAN
                             United States District Judge